NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3043

BILLYE D. DOWNING,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in DA0831090342-I-1.

ON MOTION

## O R D E R

Upon consideration of Billye D. Downing's motion for a 45-day extension of time, until June 1, 2010, to obtain counsel and to file a reply brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

APR 2 1 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   Billye D. Downing
      Hillary A. Stern, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 1 2010

JAN HORBALY
CLERK